DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANDY LEIGH, ESQ.,**
Appellant,

v.

**GUARDIANSHIP OF NORMAN LEIGH,**
Appellee.

No. 4D2024-3184

[March 18, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Lopane, Judge; L.T. Case No. 062022CP005365A001CE.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, for appellant.

Nancy W. Gregoire Stamper and Juliette E. Lippman of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Debra J. Slater of Slater & Small, PLLC, Coral Springs, for appellee.

PER CURIAM.

Norman Leigh and his counsel, Mandy Leigh, appeal from the circuit court's order imposing sanctions. We reverse because the circuit court issued the sanctions order without notice or the opportunity to be heard. *See Celebrity Cruises, Inc. v. Fernandes*, 149 So. 3d 744, 749 (Fla. 3d DCA 2014) (reversing sanctions where there "was no hint that any sanctions were contemplated or were to be imposed"). Further, at the time the sanctions order was rendered, no competent substantial evidence supported imposing sanctions.

*Reversed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely-filed motion for rehearing.*